UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRST FINANCE, LLC, | Case No. 1:23-cv-00117-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO COMPLETE SERVICE AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| FERNANDO MENDOZA GARCIA, | |
| Defendant. | |
| | (ECF No. 6) |

This matter is before the Court on Plaintiff's *ex parte* application to extend the time to complete service on Defendant and to continue the April 27, 2023 scheduling conference by at least 90 days. (ECF No. 6). As grounds, Plaintiff provides the declaration of its counsel, outlining various attempts to serve Defendant, who has yet to appear, and detailing counsel's plans to effect service. The application states that service cannot be completed within the period remaining under Federal Rule of Civil Procedure 4(m) and seeks an extension under that Rule. Fed. R. Civ. P. 4(m) (noting that, if service is not achieved in 90 days after the complaint is filed, a court must dismiss the action without prejudice or order service to be made within a specified time).

Upon review, the Court concludes that Plaintiff has been diligently attempting to serve Defendant and has established good cause for failing to do so. Accordingly, IT IS ORDERED as follows:

1

1. Plaintiff's *ex parte* application (ECF No. 6) is granted.
2. The deadline to serve Defendant is extended to July 26, 2023.
3. The April 27, 2023 scheduling conference is continued to August 9, 2023, at 11 a.m.
4. The parties are reminded to file a joint scheduling report at least one week before the scheduling conference. (*See* ECF No. 3, p. 2).

IT IS SO ORDERED.

Dated:   **March 21, 2023**                          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

2