UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRST FINANCE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO MENDOZA GARCIA,<br><br>　　　　　Defendant. | No. 1:23-cv-00117-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br><br>(Docs. 24, 27). |

Plaintiff American First Finance, LLC moves for default judgment against defendant Fernando Mendoza Garcia on California state law claims for fraud, breach of contract, and unfair business practices.[1]  Doc. 24.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On January 19, 2024, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's motion for default judgment be granted. Doc. 27.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto must be filed within fourteen days.  No objections were filed, and the time to do so has passed.

---

[1] Plaintiff also sued Does 1-25. However, because plaintiff has not identified and substituted any Doe defendant, they are not at issue here.

1

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Court ADOPTS IN FULL the findings and recommendations issued on January 19, 2024 (Doc. 24).
2. Plaintiff's motion for default judgment (Doc. 24) is GRANTED.
3. Judgment is entered in favor of Plaintiff American First Finance, LLC against Defendant Fernando Mendoza Garcia.
4. Plaintiff is awarded $515,000 plus an amount of prejudgment interest calculated at the time of judgment as $141,942.47.[2]
5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   July 29, 2024

_____
UNITED STATES DISTRICT JUDGE

---

[2] Prejudgment interest is awarded at a rate of 10% from the entry of the contract on October 27, 2021 through the date of entry of judgment, pursuant to California Code of Civil Procedure § 3287 and § 3289(b).